# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHARLES DAVID EARWOOD                  PLAINTIFF

v.                  No. 3:19-cv-47-DPM

GARY KELLEY, Chief of Police,
Marion, DENNIS BURNS, Assistant
Chief of Police, Marion, DIANNE
KELLEY, DOES                  DEFENDANTS

## ORDER

1. Earwood was an inmate at the Crittenden County Detention Center when the Court granted him permission to proceed *in forma pauperis*. № 4. He has since been released. № 11. He has not made any payments toward the $350.00 filing fee in this case.

2. Earwood must either pay the $350 filing fee or file a free-world application to proceed *in forma pauperis* by 30 May 2019. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. The Court directs the Clerk to send Earwood a free-world *in forma pauperis* application with a copy of this Order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2019