# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHARLES DAVID EARWOOD**                                    PLAINTIFF

v.                    No. 3:19-cv-47-DPM

**GARY KELLEY, Chief of Police,
Marion, DENNIS BURNS, Assistant
Chief of Police, Marion, DIANNE
KELLEY, DOES**                                              DEFENDANTS

## ORDER

The Court's 30 April 2019 Order was returned undelivered. № 14. But Earwood has stayed in contact with the Court. № 15. The Court therefore directs the Clerk to mail Earwood another copy of the April 30th Order, № 12, and a free-world *in forma pauperis* application with a copy of this Order. If Earwood doesn't file his free-world application by 1 July 2019—or if his mail continues to be returned—then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

  31 May 2019