IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES DAVID EARWOOD                                              PLAINTIFF

v.                              No. 3:19-cv-47-DPM

GARY KELLEY, Chief of Police,
Marion; DENNIS BURNS,* Assistant
Chief of Police, Marion; and DOES,
Arresting Officers, Marion Police Department              DEFENDANTS

## ORDER

The Court ordered service on Kelley and Burns; and they have answered the complaint. № 4 & № 9. If Earwood wants to proceed with his claims against the Doe Defendants, then he must identify them and provide an address for service by 9 August 2019. FED. R. CIV. P. 4(m); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). If he doesn't, then his claims against them will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

---

* The Court directs the Clerk to correct the spelling of Burns's name on the docket. № 9.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*10 July 2019*