# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHARLES DAVID EARWOOD**                                         PLAINTIFF

v.                        No. 3:19-cv-47-DPM

**GARY KELLEY**, Chief of Police,
Marion, **DENNIS BURNS**, Assistant
Chief of Police, Marion, **DOES**                                 DEFENDANTS

## ORDER

Earwood hasn't identified the Doe Defendants in this case; and the time to do so has passed. № 20. His claims against them are therefore dismissed without prejudice. FED. R. CIV. P. 4(m); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2019