# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES DAVID EARWOOD**                                          **PLAINTIFF**

v.                                  No. 3:19-cv-47-DPM

**GARY KELLEY, Chief of Police,
Marion; DENNIS BURNS, Assistant
Chief of Police, Marion; and DOES**                               **DEFENDANTS**

### ORDER

1. Motion to compel, № 25, granted. Earwood must respond to Defendants' discovery requests—or notify their lawyer if he believes any of the requests are improper under the Rules—by 10 January 2020. If he doesn't, then defendants may move to dismiss Earwood's claims without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

2. Some mail to Earwood—from both the Court and from defense counsel—is being returned undelivered. № 19 & № 25-2. Earwood must confirm or update his address with the Clerk by 10 January 2020. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 December 2019