# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHARLES DAVID EARWOOD                                              PLAINTIFF

v.                          No. 3:19-cv-47-DPM

GARY KELLEY, Chief of Police,
Marion; DENNIS BURNS, Assistant
Chief of Police, Marion; and DOES                                  DEFENDANTS

## ORDER

Instead of responding to Defendants' discovery requests—or pointing out the specific requests he thinks are objectionable—Earwood has filed a blanket objection. № 29. The objection is overruled. Most, if not all, of the information Defendants seek is within Earwood's knowledge. № 25-1. The discovery deadline hasn't passed. № 21 at 1. And Earwood's *pro se* status doesn't excuse him from following the Rules of Civil Procedure and participating in discovery. № 3 at 1. In mid-January, Defendants moved to dismiss. № 30. Earwood has not responded; and his time to do so has expired. This is a final warning: if Earwood doesn't respond to Defendants' requests by 26 February 2020, then the Court will grant Defendants' motion to dismiss. № 30; LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 37(b)(2)(A).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2020