# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES DAVID EARWOOD**                                    PLAINTIFF

v.                          No. 3:19-cv-47-DPM

**GARY KELLEY, Chief of Police,
Marion; and DENNIS BURNS,
Assistant Chief of Police, Marion**                          DEFENDANTS

## ORDER

The Court would appreciate a status report from Kelley and Burns. Did Earwood respond to the discovery requests? № 32. Report due by 9 March 2020.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2020