# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHARLES DAVID EARWOOD                                    PLAINTIFF

v.                       No. 3:19-cv-47-DPM

GARY KELLEY, Chief of Police,
Marion; and DENNIS BURNS,
Assistant Chief of Police, Marion                        DEFENDANTS

## ORDER

Status report, № 34, appreciated. Motion to dismiss, № 30, granted. Earwood's complaint will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 March 2020