# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHARLES DAVID EARWOOD                  PLAINTIFF

v.             No. 3:19-cv-47-DPM

GARY KELLEY, Chief of Police,
Marion; DENNIS BURNS, Assistant
Chief of Police, Marion; DIANNE
KELLEY; and DOES, Arresting
Officers, Marion Police Department          DEFENDANTS

## JUDGMENT

Earwood's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2020